Brett M. Hill (ABA #1403014)
Ahlers & Cressman, PLLC
999 Third Avenue, Suite 3100
Seattle, Washington 98104-4088
Telephone: (206) 287-9900
Facsimile: (206) 287-9902
bhill@ac-lawyers.com

Attorney for Plaintiff

UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA – FAIRBANKS

| | |
|---|---|
| GRIPALL, LLC d/b/a GRIP ALL USA, an Alaska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL ADHESIVE COATING COMPANY, INC. d/b/a INTERNATIONAL TAPE COMPANY a New Hampshire corporation,<br><br>Defendant. | NO. 4:14-cv-00028-RRB<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br>(Civil rule 41(a)(1)(A)(ii)) |

GripAll, LLC d/b/a Grip All USA ("GripAll"), plaintiff, and International Adhesive Coating Company, Inc. d/b/a International Tape Company ("ITC") (collectively, the "Parties"), defendant, jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all claims of GripAll which were, or which could have been, the subject of the above-captioned action, shall be dismissed with

STIPULATION OF DISMISSAL WITH PREJUDICE
*GripAll, LLC v. International Adhesive Coating Co., Inc.* (4:14-cv-00028-RRB)
Page 1 of 2
155631.1/101250.3

Case 4:14-cv-00028-RRB   Document 30   Filed 05/25/16   Page 1 of 2

prejudice. The Parties have agreed to bear their respective attorneys' fees and costs incurred in this action.

DATED: This 25th day of May, 2016.

                **AHLERS & CRESSMAN PLLC**

By: */s/ Brett M. Hill*
    Brett M. Hill, ASB # 1403014
    Attorneys for Plaintiff

DATED: This 25th day of May, 2016.

                **HOZUBIN, MOBERLY, LYNCH & ASSOCIATES**

By: */s/ Laura Barson (per email approval)*
    Laura Barson, ASB # 0911049
    Attorneys for Defendant

STIPULATION OF DISMISSAL WITH PREJUDICE
*GripAll, LLC v. International Adhesive Coating Co., Inc.* (4:14-cv-00028-RRB)
Page 2 of 2
155631.1/101250.3